IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM G. MOORE,                              Case No. 15-cv-00484-JE

        Petitioner,                            ORDER

   v.

UNITED STATES OF AMERICA, et
al.,

        Respondents.

JELDERKS, Magistrate Judge.

    This 28 U.S.C. § 2241 habeas corpus case comes before the court on petitioner's Motion for Declaratory Judgment (#9), Motion for Judgment on the Pleadings (#14), and Motion for Reconsideration of Granting Time Extension (#15). Plaintiff believes that the Government has not timely responded to his Petition, and that although the Government has not yet been heard in this case, his factual allegations are so compelling that the Government cannot possibly prevail. The court denies these Motions. The Government has not missed its deadline for filing its responsive brief, which

1 - ORDER

remains due on June 11, 2015.  The court will evaluate this case in its entirety only after briefing is complete.  Petitioner is advised that his filings should generally be limited to the briefing contemplated by the Scheduling Order.  The court does note that he objects to any further extensions of time in this case.

### CONCLUSION

Petitioner's Motion for Declaratory Judgment (#9), Motion for Judgment on the Pleadings (#14), and Motion for Reconsideration of Granting Time Extension (#15) are denied.

IT IS SO ORDERED.

DATED this __4th__ day of June, 2015.

_____
John Jelderks
United States Magistrate Judge

2 - ORDER