IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM G. MOORE, | 3:15-CV-00484-JE |
|     Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA and MARION FEATHER, | |
|     Respondents. | |

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#26) on September 10, 2015, in which he recommends the Court deny Petitioner William G. Moore's Petition (#2) for Writ of Habeas Corpus, deny Petitioner's Motion (#25) for Immediate Release, and decline to issue a certificate of appealability.  Petitioner filed timely Objections to the

1 - ORDER

Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#26) and, accordingly, **DENIES** the Petition (#2) for Writ of Habeas Corpus, **DENIES** Petitioner's Motion (#25) for Immediate Release, and **DECLINES** to issue a certificate of

appealability.

    IT IS SO ORDERED.

    DATED this 28th day of October, 2015.

                                            /s/ Anna J. Brown

                                            ANNA J. BROWN  
                                            United States District Judge

3 - ORDER